Lessee of Agnes Bradley *against* Conrad Wolff.

A reference entered at Nisi Prius through misapprehension and surprise, set aside, no proceedings being had under it.

This cause had been ordered up by distringas, and had been put off by the plaintiff. John Rogers, the agent for the plaintiff, prevailed on Samuel Bradley, the landlord of the defendant, to enter into a reference, and the appointment of the referees afterwards took place before the clerk of Nisi Prius and a rule of reference was obtained, "Rogers urging Bradley "not to mind his lawyers."

And now a motion was made to set aside this reference by Mr. Hopkins, on the affidavit of the said Samuel, stating the foregoing facts, "and that on consideration he strongly regrets his having taken such a step without having consulted his counsel, and that he is desirous the reference should not take place, as he looks upon himself as misled;" whereupon it was ordered, that notice of the application should be served on Rogers, which was done accordingly and the application renewed.

Smith, J. declared, that the reference having been entered at Nisi Prius, was still under the power and control of the court, no proceedings having taken place under the rule. The rule having been consented to by the landlord through surprise and misapprehension, ought no longer to stand, and it was discharged accordingly.

Messrs. Ingersoll and Montgomery for the plaintiff, declared themselves perfectly satisfied with the order.
Yeates, J. declined taking any part in the decision, having tried a former ejectment between the parties, as counsel for the new landlord.